In the Matter of FIRST CENTRAL INSURANCE COMPANY, Appellant. ZESHA AUERBACH et al., Respondents.

Submitted July 31, 2006; decided October 19, 2006

Motion, insofar as it seeks leave to appeal from the Appellate Division order of reversal, dismissed as untimely. The prior motion for leave to appeal made to the Appellate Division was untimely (*see* Karger, Powers of the New York Court of Appeals § 12:3, at 436-437 [rev 3d ed 2005]). Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.

CONCETTA LUCCHESE et al., Appellants, v EVAN S. SILVERMAN et al., Defendants, and CITY OF NEW YORK, Respondent.

Submitted August 21, 2006; decided October 19, 2006

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

In the Matter of MERSCORP, INC., et al., Respondents, v EDWARD P. ROMAINE et al., Appellants, et al., Defendant.

Submitted October 16, 2006; decided October 19, 2006

Motion by South Brooklyn Legal Services et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.